**Order entered February 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01211-CV

**PACK PROPERTIES XIV, LLC AND T&T REALTY CORP., Appellants**

**V.**

**REMINGTON PROSPER, LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04301-2021**

**ORDER**

Before the Court is court reporter Denise Carrillo's February 14, 2023 request for an extension of time to file the reporter's record. We note that the Court's jurisdiction over this appeal has not yet been determined. Accordingly, we **DENY** the request as premature. The Court will set a new deadline for the reporter's record should it determine it has jurisdiction over the appeal.

/s/    BILL PEDERSEN, III
       JUSTICE